AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 1:24-mj-00071 |
| GARFET PATTON | ) | | |
| | ) | | |
| Defendant(s) | | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __6/2/24; 8/12/24; 8/13/24__ in the county of __Luzerne__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) and 2252A(a)(2) | Distribution of Child Sexual Abuse Material |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Philip Worthy, SA - HSI
_Printed name and title_

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF FED R. CRIM. P. 4.1 BY TELEPHONE.

Date: SEPTEMBER 5, 2024

_Judge's signature_

City and state: Harrisburg, PA

Daryl F. Bloom, Chief U.S. Magistrate Judge
_Printed name and title_